**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

DERRICK L. WALKER,

Plaintiff,

v. CASE NO. 1:24cv198-RH-HTC

CYNTHIA CURRY et al.,

Defendants.

_______________________________/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's order and report and recommendation, which are included in the same document but entered on the docket twice. ECF Nos. 37 and 38. No objections have been filed. The order and report and recommendation are correct and are adopted as the court's opinion with this exception: no ruling is made on whether *Heck v. Humphrey*, 512 U.S. 477 (1994), applies to a state-court conviction that cannot be challenged—now or later—by a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. Leave to file a further amended complaint is denied.

3. The clerk must enter judgment stating, "The plaintiff's claims are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted."

4. The clerk must close the file.

SO ORDERED on October 4, 2026.

s/Robert L. Hinkle
United States District Judge